**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

JOHN DOE
Plaintiff(s),

vs.

Sean Combs, et al
Defendant(s).

ATTORNEY: CURIS LAW, PLLC

CASE NUMBER: 1:24-CV-07774-JPO

DATE OF FILING: 10/16/2024

## AFFIDAVIT OF SERVICE

STATE OF New York: COUNTY OF Nassau    ss:

I, Lawrence Hyman, being duly sworn deposes and says deponent is not a party to this action and is over the age of eighteen years and resides in the state of New York.

That on **12/27/2024** at **11:05 AM** at **c/o Corporate Creations Network 600 Mamaroneck Ave., #400, Harrison, NY 10528**, Deponent served the **Summons in a Civil Action, Civil Complaint and Demand for Jury Trial, Civil Cover Sheet, Notice of Motion, Declaration of Anthony G. Buzbee in Support of Plaintiff's Motion to Proceed Anonymously, Memorandum of Law in Support of Plaintiff's Motion to Proceed Anonymously** upon **Macy's Inc. (Macy's of New York)**, defendant/respondent/recipient herein.

Said service was effected in the following manner;

By delivering to and leaving a true copy to **Asia Robinson Lewis** personally, a person who stated to be an authorized agent to receive process service for **Macy's Inc. (Macy's of New York)**. Deponent knew said corporation so served to be the corporation described in said **Summons in a Civil Action, Civil Complaint and Demand for Jury Trial, Civil Cover Sheet, Notice of Motion, Declaration of Anthony G. Buzbee in Support of Plaintiff's Motion to Proceed Anonymously, Memorandum of Law in Support of Plaintiff's Motion to Proceed Anonymously** as said defendant/respondent/recipient. Deponent knew the individual accepting service to be an/the **Community Manager** thereof.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Female**  Skin: **Brown**  Hair: **Brown**  Age (Approx): **35-45** Height(Approx): **5'6"**  Weight(Approx): **160-170 lbs**  Glasses: **No**  Other:

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to before me this

December ___30___ 2024

Lawrence Hyman
License No. Attorney # 2385235

ALEXANDER JAMES
NOTARY PUBLIC, STATE OF NEW YORK
REGISTRATION NO. 01JA6029931
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES AUGUST 30, 2025

Executive Attorney Service, Inc. 100 Crossways Park Dr W, Ste 402, Woodbury, NY 11797 5162261073 Lic# 1422060
Case No: 1715990