4907-7766-7343/255-2538

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN DOE,

                                                   **24 CV 07774 (JPO)(BJM)**

                        Plaintiff,

       –against–

SEAN COMBS, DADDY'S HOUSE
RECORDINGS INC., CE OPCO, LLC d/b/a
COMBS GLOBAL f/k/a COMBS ENTERPRISES     **NOTICE OF MOTION**
LLC, BAD BOY ENTERTAINMENT     **TO DISMISS**
HOLDINGS, INC., BAD BOY PRODUCTIONS
HOLDINGS, INC., BAD BOY BOOKS
HOLDINGS, INC., BAD BOY RECORDS LLC,
BAD BOY ENTERTAINMENT LLC, BAD BOY
PRODUCTIONS LLC, ORGANIZATIONAL
DOES 1-10, and MACY'S INC.,

                        Defendants.
----------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that on February 10, 2025 at 10:00 a.m. or as soon thereafter as counsel can be heard, defendant Macy's, Inc. will move this Court before Hon. J. Paul Oetken, U.S.D.J., at the courthouse at 500 Pearl Street, New York, New York 10007, for an order pursuant to Rules 8(a) and 12(b)(6) dismissing all claims against Macy's, Inc. in their entirety, with such other relief as is just.

      Pursuant to Local Civil Rule 6.1(b), opposing papers must be served within fourteen days of service of this motion.

      Defendants will rely upon the memorandum of law annexed hereto.

Dated: New York, New York　　　LESTER SCHWAB KATZ & DWYER, LLP
　　　　January 17, 2025　　　　　　100 Wall Street
　　　　　　　　　　　　　　　　　　New York, NY 10005
　　　　　　　　　　　　　　　　　　212 964-6611
　　　　　　　　　　　　　　　　　　Attorneys for Defendant MACY'S, INC.


　　　　　　　　　　　　　　　　　　s/ Daniel Kotler
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Daniel S. Kotler