UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
JOHN DOE,

                    Plaintiff,

                v.

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, and MACY'S INC.

                    Defendants.
---------------------------------------x

Case No. 24-CV-07774 (JPO)

**ORAL ARGUMENT REQUESTED**

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Mark Cuccaro, dated February 11, 2025, the exhibits annexed thereto, and upon all prior proceedings had in herein, Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises, LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC (the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable J. Paul Oetken at the Thurgood Marshall United States Courthouse, Courtroom 706, 40 Foley Square, New York, New York 10007, for an order dismissing Plaintiff's Complaint against the Combs Defendants with prejudice (ECF No. 1).

Dated: February 11, 2025
       New York, New York

                      SHER TREMONTE LLP

                      */s/ Mark Cuccaro*
                      Mark Cuccaro
                      Michael Tremonte
                      Erica Wolff
                      Raphael A. Friedman
                      90 Broad Street, 23rd Floor
                      New York, NY 10004
                      (212) 202-2600
                      mcuccaro@shertremonte.com
                      mtremonte@shertremonte.com
                      ewolff@shertremonte.com
                      rfriedman@shertremonte.com
                      *Attorneys for Combs Defendants*