UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-v-

SEAN COMBS, *et al.*,

                Defendants.

24-CV-7774 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On April 29, 2025, the parties submitted a joint motion to stay this action for the pendency of two appeals in front of the Second Circuit, *Parker v. Alexander*, No. 25-487 (2d Cir.), and *Doe v. Black*, 25-564 (2d Cir.), "that together directly relate to one of the Combs Defendants' arguments for dismissal: whether the New York City Victims of Gender-Motivated Violence Protection Act's . . . revival window is preempted by New York state laws." (ECF No. 77.) In light of the parties' arguments regarding the judicial efficiency of staying this action, the Court grants that motion.

The parties are directed to file a joint status letter 14 days after the Second Circuit ruling on the pertinent issue.

The Clerk of Court is directed to close the motion at Docket Number 77 and mark this case as stayed.

SO ORDERED.

Dated: May 8, 2025
      New York, New York

                                               J. PAUL OETKEN
                                         United States District Judge