UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN DOE,

Plaintiff,

-against-

SEAN COMBS, DADDY'S HOUSE RECORDINGS INC., CE OPCO, LLC d/b/a COMBS GLOBAL f/k/a COMBS ENTERPRISES LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT LLC, BAD BOY PRODUCTIONS LLC, ORGANIZATIONAL DOES 1-10, and MACY'S INC.,

Defendant.
-----------------------------------------------------------------X

**Case No. 24-CV-7774**

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, Louis Brett Goldman, Esq., of the law firm of Lydecker, hereby enters his appearance in this action as counsel for Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC.

Dated: Melville, New York
November 17, 2026

**LYDECKER**

/s/ Louis Brett Goldman

**Louis Brett Goldman, Esq.**
200 Broadhollow Road, Suite 207
Melville, NY 11747
Telephone No.: (631) 260-1110
Facsimile No.: (631) 336-2030
Email: bgoldman@lydecker.com
*Incoming Attorneys for Defendants Sean Combs, Daddy's House Recordings Inc., CE OpCo, LLC d/b/a Combs Global f/k/a Combs Enterprises LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., Bad Boy Books Holdings, Inc., Bad Boy Entertainment LLC, and Bad Boy Productions LLC*